Good afternoon, people of the state of Illinois v. Ronald Pettis, for the Appellee, Mr. Sardinus, correct pronunciation, and for the Appellee, Ms. Fang. You may proceed. May it please the court, your honors, counsel, good afternoon. My name is Benjamin Sardinus, representing the 4th District State Appellee Prosecutor's Office in this case.